# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13759

_____

HUNT REFINING COMPANY,

                                                                         *Petitioner,*

versus

U.S. ENVIRONMENTAL PROTECTION AGENCY,
U.S. DEPARTMENT OF ENERGY,

                                                                         *Respondents.*

_____

Petition for Review of a Decision of the
Environmental Protection Agency
Agency No. EPA-420-R-25-010

_____

ORDER:

     The motion of Growth Energy to intervene is DENIED.

     Petitioner's motion to file its response to the jurisdictional question under seal is GRANTED.

2                  Order of the Court                  25-13759

The motion of Growth Energy for leave to respond to the jurisdictional question is DENIED.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE